```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 13264
   ALLEN L ACKLEY
   PATRICIA G ACKLEY                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK
             Debtor
   SSN XXX-XX-5239     SSN XXX-XX-8272
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/25/07 and confirmed on 12/12/07.

   2.  The case was dismissed after confirmation, 12/19/2008.

   3.  The Debtor paid a total of $   9150.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BENEFICIAL FINANCE CORPO | CURRENT MORTG | .00 | .00 | .00 |
| BENEFICIAL FINANCE CORPO | MORTGAGE ARRE | 265.35 | .00 | 265.35 |
| BENEFICIAL FINANCE CORPO | SECURED | .00 | .00 | .00 |
| BENEFICIAL FINANCE CORPO | MORTGAGE ARRE | 376.00 | .00 | 71.82 |
| FINANCIAL PLUS CREDIT UN | SECURED VEHIC | 16525.00 | 633.05 | 4218.24 |
| FIRST NATIONAL BANK OTTA | SECURED | NOT FILED | .00 | .00 |
| STERLING INC | SECURED | 1560.00 | 55.32 | 359.90 |
| WEST CEDAR RIDGE RESORTS | SECURED | 2400.00 | 83.37 | 516.85 |
| LASALLE COUNTY COLLECTOR | NOTICE ONLY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2432.04 | .00 | .00 |
| ANESTHESIA SPEC ALLIANCE | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CAPITAL MGMT LL | UNSECURED | 775.50 | .00 | .00 |
| ARTURO TOMAS MD | UNSECURED | NOT FILED | .00 | .00 |
| ASSOC UNIV NEUROSURGEONS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8701.41 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8163.33 | .00 | .00 |
| BLAINES FARM AND FLEET | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 890.45 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 764.64 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE BANK | UNSECURED | 878.17 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 951.80 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 874.21 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1018.56 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1194.38 | .00 | .00 |
| CHAPMANS MECHANICAL SYS | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |

```
RESURGENT CAPITAL SERVIC  UNSECURED        528.29            .00            .00
COMMUNITY HOSPITAL OF OT  UNSECURED           .00            .00            .00
COUNTRY DOOR              UNSECURED        128.33            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED       1678.24            .00            .00
FIRST EXPRESS             UNSECURED        266.04            .00            .00
FIA CARD SERVICES         UNSECURED     NOT FILED            .00            .00
PREMIER BANKCARD/CHARTER  UNSECURED        372.75            .00            .00
PREMIER BANKCARD/CHARTER  UNSECURED        400.14            .00            .00
GINNYS                    UNSECURED        183.53            .00            .00
HAWTHORNE VILLAGE         UNSECURED     NOT FILED            .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED        739.96            .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED        871.96            .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED        416.19            .00            .00
HSBC                      UNSECURED     NOT FILED            .00            .00
HSBC                      UNSECURED     NOT FILED            .00            .00
STATE DISBURSEMENT UNIT   UNSECURED     NOT FILED            .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED       1899.30            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED       1644.05            .00            .00
JOHN PATON PLUMBING & HE  UNSECURED        658.14            .00            .00
GE MONEY BANK             UNSECURED        107.48            .00            .00
CHASE BANK USA            UNSECURED        453.46            .00            .00
WORLD FINANCIAL NETWORK   UNSECURED        556.18            .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED        955.84            .00            .00
MERRICK BANK              UNSECURED       2436.94            .00            .00
MERRICK BANK              UNSECURED       3675.25            .00            .00
ROUNDUP FUNDING LLC       UNSECURED       1110.86            .00            .00
PAINVANISH                UNSECURED     NOT FILED            .00            .00
PEORIA TAZEWELL PATHOLOG  UNSECURED     NOT FILED            .00            .00
SEARS BKRUPTCY RCVRY MGM  UNSECURED     NOT FILED            .00            .00
SEVENTH AVENUE            UNSECURED        921.06            .00            .00
SHELL                     UNSECURED     NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        323.51            .00            .00
ROUNDUP FUNDING LLC       UNSECURED       2233.66            .00            .00
TIMOTHY I MILLEER MD      UNSECURED     NOT FILED            .00            .00
ROUNDUP FUNDING LLC       UNSECURED       4022.06            .00            .00
WASHINGTON MUTUAL CARD S  UNSECURED     NOT FILED            .00            .00
WASHINGTON MUTUAL CARD S  UNSECURED     NOT FILED            .00            .00
------------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                        PAID           PAID
------------------------------------------------------------------------------
FINANCIAL PLUS CREDIT UN  UNSECURED        743.82            .00            .00
B REAL LLC                UNSECURED       2023.01            .00            .00
NATIONAL CAPITAL MGMT LL  UNSECURED        663.55            .00            .00
B REAL LLC                UNSECURED       3955.63            .00            .00
         Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED     PRIORITY    UNSECURED       OTHER         TOTAL

TOTAL CLMS ALLOWED  21126.35    2432.04    58181.68         .00      81740.07
PRINCIPAL PAID       5432.16        .00         .00         .00       5432.16
INTEREST PAID         771.74        .00         .00         .00        771.74
TOTAL PAID           6203.90        .00         .00         .00       6203.90
The Debtor's attorney, SCHEINBAUM & WEST           , was allowed $   3500.00
and was paid $   1026.00  direct and $   2474.00  through the plan.

The Trustee received $    472.10 .

Refunds to the Debtor totaled $         .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/11/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE